UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**QUNISHA ALEXANDER PHILLIPS**

DEBTOR(S)

**BANKRUPTCY NO.**
**08-11371**
**SECTION "B"**
CHAPTER 13

## ORDER OF DISMISSAL

This matter was scheduled to come before the Honorable Jerry A. Brown on August 6, 2008 as a hearing on the motion of S.J. Beaulieu, Jr., Chapter 13 Trustee, to dismiss case *for failure to file plan timely* **(P-11)**

An objection was filed by the Debtor. However, no plan was filed and the Debtor did not appear for the hearing. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** and the case is **DISMISSED.**

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the voluntary petition is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, August 6, 2008.

*/s/ J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE